DEC 23 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CABOT CREEKSIDE ACQUISITION, )
LLC, and CABOT CREEKSIDE )
LEASECO, INC., )
       Plaintiffs, )
) CIVIL ACTION FILE
vs. ) NO. 1:07-CV3182-JEC
)
CHARDONNAY ASSOCIATES, LLC; )
FLEXXON OPERATING, LIMITED; )
HALLYE MANAGEMENT, INC.; )
HAROLD S. WENAL; and )
KAREN L. PRITCHETT; )
       Defendants. )

- - -

      Deposition of HAROLD S. WENAL, taken on behalf of the Plaintiffs, pursuant to stipulations contained herein, before Laura M. Barstow, RPR, CCR No. B-1275, at 2060 Mount Paran Road, NW, Suite 106, Atlanta, Georgia, taken Wednesday, October 7, 2009, commencing at the hour of 9:55 a.m.

Shugart & Bishop
Certified Court Reporters
13 Corporate Square, Suite 140
Atlanta, Georgia 30329
(770) 955-5252