IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CABOT CREEKSIDE ACQUISITION, LLC, and CABOT CREEKSIDE LEASECO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHARDONNAY ASSOCIATES, LLC, FLEXXON OPERATING, LIMITED; HALLYE MANAGEMENT, INC.; THE ESTATE OF HAROLD S. WENAL, through its executor A.J. Block, Jr.; and KAREN L. PRITCHETT,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:07-CV3182-JEC |

## **CONSENT JUDGMENT**

COME NOW Plaintiffs Cabot Creekside Acquisition, LLC and Cabot Creekside LeaseCo., LLC ("Plaintiffs") and Defendants Chardonnay Associates, LLC, Flexxon Operating Limited, Hallye Management, Inc., and The Estate of Harold S. Wenal, through its Executor A.J. Block, Jr., and consent to the entry of a judgment against Chardonnay Associates, LLC, Flexxon Operating Limited, Hallye Management, Inc. and The Estate of Harold S. Wenal, through its Executor A.J. Block, Jr., in an amount of Ten Million ($10,000,000) Dollars. Accordingly, it is hereby

ORDERED AND ADJUDGED, that Plaintiffs Cabot Creekside Acquisition, LLC and Cabot Creekside LeaseCo., LLC recover from Defendants Chardonnay Associates, LLC, Flexxon Operating Limited, Hallye Management, Inc. and The Estate of Harold S. Wenal, through its Executor A.J. Block, Jr., jointly and severally, the sum of Ten Million ($10,000,000) dollars, and

It is further ORDERED AND ADJUDGED, that Plaintiffs Cabot Creekside Acquisition, LLC and Cabot Creekside LeaseCo., LLC take nothing from Defendant Karen L. Pritchett and that this action against Ms. Pritchett is dismissed with prejudice.

So Ordered, this 31st day of OCTOBER, 2011.

/s/ Julie E. Carnes
HONORABLE JULIE E. CARNES
Judge, United States District Court

CONSENTED TO BY:

| PURSLEY LOWERY MEEKS LLP | FINE AND BLOCK |
|---|---|
| *(signature)* | *(signature)* |
| John C. Amabile | J. Bertram Levy |
| Georgia Bar No. 014520 | Georgia Bar No. 449609 |
| *Attorneys for Plaintiffs* | *Counsel for Defendant* |
| 260 Peachtree Street, Suite 2000 | 2060 Mount Paran Road, NW |
| Atlanta, Georgia 30303 | Suite 106 |
| (404) 880-7180 telephone | Atlanta, Georgia 30327 |
| (404) 880-7199 facsimile | (404) 261-6800 - Phone |
| jamabile@plmllp.com | (404) 261-6960 - Facsimile |
| ccrawford@plmllp.com | blevy@fineandblock.com |